**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

***In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation***
***MDL No. 2327***

**Civil Action No.** 2:15-cv-06301
**(Severed from Civil Action No. 2:14-cv-3955)**

---

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Carol Fuller

2. Plaintiff's Spouse (if applicable)

   Gary Fuller

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   MA

5. District Court and Division in which venue would be proper absent direct filing.

   Western District of KY Louisville Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☒ A. Ethicon, Inc.

☒ B. Johnson & Johnson

☐ C. American Medical Systems, Inc. (“AMS”)

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. (“Bard”)

☐ F. Sofradim Production SAS (“Sofradim”)

☐ G. Tissue Science Laboratories Limited (“TSL”)

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. (“DIMA”)

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other: ______________________________

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

9-11____________________________

________________________________

________________________________

B. Other allegations of jurisdiction and venue:

________________________________________________

________________________________________________

________________________________________________

________________________________________________

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT
- ☐ TVT-Obturator (TVT-O)
- ☒ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

__________________________

_____________________________________________

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☒ TVT

☐ TVT-Obturator (TVT-O)

☒ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

______________________

______________________________________

10. Date of Implantation as to Each Product:

TVT: 5/5/2004

TVTS: 8/21/2007

______________________________________

11. Hospital(s) where Plaintiff was implanted (including City and State):

TVT: Hardin Hospital Elizabethtown, KY

TVT-S: Harrington Memorial Hospital Southbridge, MA

12. Implanting Surgeon(s):

TVT: Jeff Vo, MD

TVT-S: C Scott Koenig, MD

13. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I – Negligence

☒ Count II – Strict Liability – Manufacturing Defect

☒ Count III – Strict Liability – Failure to Warn

☒ Count IV – Strict Liability – Defective Product

☒ Count V – Strict Liability – Design Defect

☒ Count VI – Common Law Fraud

☒ Count VII – Fraudulent Concealment

☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

**s/ Tim K. Goss**
Attorney(s) for Plaintiff

Address, phone number, email address and bar information:
Tim K. Goss, Attorney-in-Charge
Texas Bar No. 08222660
tim@freeseandgoss.com
Tamara L. Banno
Texas Bar No. 24012240
tbanno@freeseandgoss.com
Freese & Goss, PLLC
3031 Allen St., Ste. 200
Dallas, TX 75204
Phone: 214-761-6610
Fax: 214-761-6688